AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE ① OCTOBER 3, 2006 |
| NAME OF SERVER (PRINT) F. CHRISTOPHER DUPRE | TITLE PRIVATE DETECTIVE, N.E.R. INC. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served : JEAN ADAMS, V.P. A&S Collection Associates, 2847 Rt.14, Williamstown, VT (430 HRS,

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL INCL, | SERVICES $ 100 00 | TOTAL $ 100 00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/3/06__  Signature of Server _____
Date

P.O. Box 1025, BARRE, VT. 05641
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.