```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
HAROLD WOOD and ALANA WOOD,

                Plaintiffs,
                                            ORDER ADOPTING REPORT &
                                            RECOMMENDATION
                -against-                   06-CV-3019(JS)(ARL)

A&S COLLECTION ASSOCIATES, LLC, RONALD
SALDI, and FEDERAL CREDIT RECOVERY,
INC.,

                Defendants.
----------------------------------------X
```

Appearances:

For Plaintiff:     Joseph Mauro, Esq.
                   The Law Office of Joseph Mauro, LLC
                   631 Montauk Highway, Suite 6
                   West Islip, NY 11795

For Defendants:    No Appearance

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge Arlene R. Lindsay issued April 18, 2007, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

Magistrate Judge Lindsay's Report provided that any objections were to be filed with the Clerk of the Court within ten days of the date of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report and Recommendation in its entirety and ORDERS that Plaintiffs' motion for entry of a default

judgment be deemed withdrawn with leave to renew if appropriate.

In addition, the Order, dated May 9, 2007, referring to Magistrate Judge Lindsay Plaintiff's request to file an Amended Complaint is hereby withdrawn. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, because a responsive pleading has not yet been served, Plaintiffs may amend their Complaint as a matter of course. Fed. R. Civ. P. 15(a). Accordingly, Plaintiffs are directed to serve and file an Amended Complaint no later than 30 days from the date of this Order.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
May  24 , 2007